UNITED STATES DISTRICT COURT
MIDDLE DISTRIC OF FLORIDA
TAMPA DIVISION

JANICE PAUL,

  Plaintiff,

-vs-                                        CASE NO.: 8:16-CV-01094-RAL-TBM

BANK OF AMERICA, N.A.,

  Defendant,
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, JANICE PAUL, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JANICE PAUL, and Defendants, BANK OF AMERICA, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: C. H. Houston, III, Esquire, and Sara F. Holladay-Tobias, Esquire, McGuire Woods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202 (hhouston@mcguirewoods.com and stobias@mcguirewoods.com).

                                              */s/Frank H. Kerney, III, Esquire*
                                              Frank H. Kerney, III, Esquire
                                              Florida Bar #: 88672
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 223-5402
                                              fkerney@forthepeople.com
                                              jkneeland@forthepeople.com
                                              cfallara@forthepeople.com
                                              Counsel for Plaintiff